No. 68120.—Rice-Bayersdorfer Company v. United States, protests 62/6462, 62/6463, and 62/6466 (Philadelphia).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of articles in chief value of tinsel wire, which are not artificial or ornamental fruits, etc., or parts thereof, the claim of the plaintiff was sustained.